**E-filed 7/7/05**

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
   Office of the City Attorney
3  151 West Mission Street
   San Jose, California  95110
4  Telephone:  (408) 277-4454

5  Attorneys for Defendants
   CITY OF SAN JOSE, GINA TIBALDI, CHRISTOPHER GRIDLEY,
6  ANGEL MINA, and MICHAEL McLAREN

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  MELISSA GARCIA,                          CASE NO.:  C04-04990 JF

12              Plaintiff,

13       vs.

14  CITY OF SAN JOSE, GINA TIBALDI,          **STIPULATION AND ORDER RE:**
    Individually and as an employee of the   **CHANGING DATE OF CASE**
15  CITY OF SAN JOSE, CHRISTOPHER            **MANAGEMENT CONFERENCE**
    GRIDLEY, Individually and as an
16  employee of the CITY OF SAN JOSE,
    ANGEL MINA, Individually and as an
17  employee of the CITY OF SAN JOSE,
    MICHAEL MC LAREN, Individually and
18  as an employee of the CITY OF SAN
    JOSE, and DOES 1-10, Inclusive,
19
                Defendants.
20

21       This case had an Initial Case Management Conference on April 22, 2005.  At the

22  conference the matter was referred to Early Neutral Evaluation.  The case was also set for

23  another Case Management Conference on July 22, 2005.  The Early Neutral Evaluation

24  session took place on June 16, 2005.  Because defendants' attorney Michael R. Groves

25  will be on vacation on July 22, 2005 and in order to provide the parties additional time to

26  discuss settlement before the next Case Management Conference, the parties, through

27  their attorneys of record, hereby stipulate and seek this Court's order to move the currently

28

                                          1

Stip & Order re: Changing Date of CMC                                            315451
C04-04990 JF

scheduled Case Management Conference from July 22, 2005 to August 5, 2005 at 10:30 a.m.

IT IS SO STIPULATED:

Dated:   July 6, 2005                              /s/
                                          ROBERT R. POWELL, ESQ.

                                          Attorney for Plaintiff, MELISSA GARCIA


Dated: July 6, 2005                       RICHARD DOYLE, City Attorney


                                          By:          /s/
                                              MICHAEL R. GROVES
                                              Senior Deputy City Attorney

                                          Attorneys for Defendants,
                                          CITY OF SAN JOSE, GINA TIBALDI,
                                          CHRISTOPHER GRIDLEY, ANGEL MINA,
                                          and MICHAEL McLAREN


### ORDER

GOOD CAUSE PRESENT, It is hereby ordered the next Case Management Conference in this case is moved from July 22, 2005 to August 5, 2005 at 10:30 a.m.

Dated:  7/7/05                            /s/electronic signature authorized
                                          HON. JEREMY FOGEL
                                          Judge of the United States District Court