\*\*E-filed 2/24/06\*\*

cao.main@sanjoseca.gov
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Telephone: (408) 535-1900

Attorneys for Defendants
CITY OF SAN JOSE, GINA TIBALDI, CHRISTOPHER GRIDLEY, and MICHAEL McLAREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GARCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, GINA TIBALDI, Individually and as an employee of the CITY OF SAN JOSE, CHRISTOPHER GRIDLEY, Individually and as an employee of the CITY OF SAN JOSE, ANGEL MINA, Individually and as an employee of the CITY OF SAN JOSE, MICHAEL MC LAREN, Individually and as an employee of the CITY OF SAN JOSE, and DOES 1-10, Inclusive,<br><br>                    Defendants. | CASE NO.: C04-04990 JF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiff, MELISSA GARCIA, and all defendants who have appeared in this action, through their counsel, ROBERT R. POWELL and MICHAEL R. GROVES, as follows:

    1.    This action was commenced on November 27, 2003.

    2.    The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own costs and fees incurred in this action.

Dated: January 30, 2006

_____
ROBERT R. POWELL, ESQ.

Attorney for Plaintiff
MELISSA GARCIA

Dated: ~~January~~ Feb. 17, 2006

_____
MICHAEL R. GROVES, Sr. Dep. City Atty

Attorney for Defendants
CITY OF SAN JOSE, GINA TIBALDI, CHRISTOPHER GRIDLEY, and MICHAEL McLAREN

IT IS SO ORDERED.

2/23/06

_____
JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT